WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7964; Fax: (702) 946-1345
alancaster@wrightlegal.net

*Attorneys for Plaintiff, The Bank of New York Mellon, as Trustee, on Behalf of the Holders of the Alternative Loan Trust 2007-HY2 Mortgage Pass-Through Certificates, Series 2007HY2*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007HY2,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SIERRA RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; LEACH JOHNSON SONG & GRUCHOW, LTD.; and DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01164<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO:**<br>    1.) **DEFENDANT SIERRA RANCH HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS THE BANK OF NEW YORK MELLON'S COMPLAINT;**<br>    2.) **LJS&G'S MOTION FOR SANCTIONS AND FEES PURSUANT TO FRCP 11 AND NRS 18.010; AND**<br>    3.) **LJS&G'S MOTION TO DISMISS THE BANK'S COMPLAINT** |

Plaintiff, The Bank of New York Mellon, as Trustee, on Behalf of the Holders of the Alternative Loan Trust 2007-HY2 Mortgage Pass-Through Certificates, Series 2007HY2 (hereinafter, "BONYM"), Defendant Leach Johnson Song & Gruchow, LTD., and Defendant Sierra Ranch Homeowners' Association ("Sierra Ranch") by and through their attorneys of record, stipulate as follows:

1. The parties agree to extend the deadline for Plaintiff to file its response to Defendant Sierra Ranch's Motion to Dismiss the Bank of New York Mellon's Complaint to August 31, 2016.

2. The parties further agree to extend the deadline for Plaintiff to file its response to Defendant Leach Johnson Song & Gruchow's Motion for Sanctions and Fees Pursuant to FRCP 11 and NRS 18.010 to August 31, 2016.

3. The parties further agree to extend the deadline for Plaintiff to file its response to Defendant Leach Johnson Song & Gruchow's Motion to Dismiss the Bank's Complaint to August 31, 2016.

This is the parties' first request for extension of these deadlines, and is not intended to cause any delay or prejudice to any party.

| DATED this 11th day of August, 2016. | DATED this 11th day of August, 2016. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | LEACH JOHNSON SONG & GRUCHOW |
| */s/ Aaron D. Lancaster* | */s/ T. Chase Pittsenbarger* |
| Edgar C. Smith, Esq.<br>Nevada Bar No. 5506<br>Aaron D. Lancaster, Esq.<br>Nevada Bar No. 10115<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV, 89117<br>*Attorneys for Plaintiff, The Bank of New York Mellon, as Trustee, on Behalf of the Holders of the Alternative Loan Trust 2007-HY2 Mortgage Pass-Through Certificates, Series 2007HY2* | Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>T. Chase Pittsenbarger, Esq.<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite 330<br>Las Vegas, NV 89148<br>*Attorney for Defendant, Leach Johnson Song & Gruchow and Sierra Ranch Homeowners Association* |

**ORDER**

IT IS SO ORDERED:

1. The date for Plaintiff to file its response to Defendant Sierra Ranch's Motion to Dismiss the Bank of New York Mellon's Complaint is extended to August 31, 2016.

2. The date for Plaintiff to file its response to Defendant Leach Johnson Song & Gruchow's Motion for Sanctions and Fees Pursuant to FRCP 11 and NRS 18.010 is extended to August 31, 2016.

3. The date for Plaintiff to file its response to Defendant Leach Johnson Song & Gruchow's Motion to Dismiss the Bank's Complaint is extended to August 31, 2016.

DATED this 12th day of August, 2016.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Aaron D. Lancaster*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
*Attorneys for Plaintiff, The Bank of New York Mellon, as Trustee, on Behalf of the Holders of the Alternative Loan Trust 2007-HY2 Mortgage Pass-Through Certificates, Series 2007HY2*