# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No. 2:16-cv-01164-RFB-NJK |
| Plaintiff, | ORDER |
| vs. | (Docket No. 30) |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendants. | |

Currently pending before the Court is Defendant Sierra Ranch Homeowners' Association's reply to and motion to strike Defendant SFR Investment Pool 1, LLC's limited response to Sierra Ranch Homeowners' Association's motion to dismiss Plaintiff's complaint. Docket No. 30. The Court stayed this case and denied all pending motions without prejudice on August 23, 2016. Docket No. 28. The motion currently before the Court relates to a motion to dismiss, Docket No. 18, and a response to that motion, Docket No. 27, that were filed before the Court stayed the case. Because the Court has denied the underlying motion, Docket No. 27, without prejudice, the Court hereby **DENIES** Defendant's motion, Docket No. 30, as moot.

IT IS SO ORDERED.

Dated: September 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge