# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THE BANK OF NEW YORK MELLON,

               Plaintiff,

   v.

SFR INVESTMENTS POOL 1, LLC et al,

               Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-01164-RFB-NJK

---

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Court's [57] Order Granting the Motions for Default Judgment against Sylvia Fowler and Mortgage Electronic Registration Systems, Inc as nominee for Countrywide Bank, N.A., this Default Judgment is entered for Defendant SRF Investments Pool 1, LLC.  Neither Sylvia Fowler, nor MERS or any of their successors and/or assigns have any right, title or interest in the property and SFR is the rightful title owner.

4/1/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk